IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | ) |
| Plaintiff, | ) Case No.: 16-cv-5500 |
| v. | ) Judge Gary Feinerman |
| ANDREA HARRIS, ROGER KELLEY and JOHN CONMY, | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN CONMY

Plaintiff, Criminal Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant John Conmy, Internet Protocol address 98.227.67.60 (formerly Doe No. 17). Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: January 16, 2017          CRIMINAL PRODUCTIONS, INC.

By:  s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Criminal Productions, Inc.

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant John Conmy was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 16, 2017.

                   s/Michael A. Hierl